CATHARINE A. GRIGGS, Appellant, v. ISAAC GRIGGS, Respondent.

*Griggs* v. *Griggs*, 80 App. Div. 339, affirmed.
(Argued March 3, 1904; decided March 29, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 17, 1903, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial.

*Edward W. S. Johnston* and *Howard Thornton* for appellant.

*James G. Graham* and *A. H. F. Seeger* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ. Absent: PARKER, Ch. J.

---

RAILWAY ADVERTISING COMPANY, Respondent, v. STANDARD ROCK CANDY COMPANY, Appellant.

*Railway Adv. Co.* v. *Standard R. C. Co.*, 83 App. Div. 191, affirmed.
(Argued March 3, 1904; decided March 29, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 1, 1903, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*Frank Barker* for appellant.

*M. S. Guiterman* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: O'BRIEN, HAIGHT, VANN, CULLEN and WERNER, JJ. Absent: PARKER, Ch. J. Taking no part: BARTLETT, J.